UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Crim. No. 5:16-CR-39-BO-1

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| ALPHA OUSMANE DIALLO | ) |
| Defendant. | ) |

**ORDER**

Upon review of the Defendant's Motion to Seal and for good cause appearing, it is hereby ordered that the Defendant be allowed to file under seal his Sentencing Memorandum.

IT IS SO ORDERED.

This __31__ day of __May__, 20__17__.

_____
Terrence W. Boyle
U.S. District Judge